# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3353

_____

United States of America

*Plaintiff - Appellee*

v.

Lamel Brandon

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: September 11, 2023
Filed: September 14, 2023
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Lamel Brandon appeals after he pleaded guilty to a firearm offense and the district court[1] imposed a within-Guidelines sentence. His counsel has moved for

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. In a pro se brief, Brandon also challenges the sentence, contending that he possessed the firearm in connection with defending his son from an attack. He also raises claims of prosecutorial misconduct, vindictive prosecution, and selective prosecution.

After careful review, we conclude that the district court did not abuse its discretion in sentencing Brandon. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that on appeal, a within-Guidelines-range sentence is presumed reasonable). We also conclude that the record does not support Brandon's remaining pro se claims. *See United States v. Hunter*, 770 F.3d 740, 743 (8th Cir. 2014); *United States v. Williams*, 793 F.3d 957, 963 (8th Cir. 2015); *Flowers v. City of Minneapolis*, 558 F.3d 794, 798 (8th Cir. 2009).

We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

_____